**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Scott Kody

                  Plaintiff,

v.

                                      Case No.: 1:12–cv–04112

                                      Honorable Sharon Johnson Coleman

Village of Schaumburg

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 8, 2014:

       MINUTE entry before the Honorable Mary M. Rowland:All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned Judge. Judge Honorable Mary M. Rowland no longer referred to the case.Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.