## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Scott Kody

                        Plaintiff,

v.                                                     Case No.: 1:12–cv–04112
                                                    Honorable Sharon Johnson Coleman

Village of Schaumburg

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 9, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's uncontested motion to reset the status date and requestthe Court not enter the dismissal until 10/24/2014 [117] is granted. Status hearing set for 10/10/2014 is stricken and reset to 10/24/2014 at 09:00 AM. Parties shall appear on 10/24/2014 unless a stipulation of dismissal is filed.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.